

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2014

No. 04-13-00757-CV

Michael **TATSCH**,
Appellant

v.

**CHRYSLER GROUP, LLC** and Infinity County Mutual Insurance Company,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on April 17, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court